IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:12-00180 |
| | ) | |
| BRIAN EDWARD WEAVER, | ) | |

**ORDER**

The trial in this case is set for **TUESDAY, NOVEMBER 27, 2012, at 9:00 a.m.** Any plea agreement shall be consummated one week before the trial date and the Courtroom Deputy so notified. Any proposed plea agreement shall be submitted to the Court two days prior to the plea hearing.

The parties shall file the following with the Court, on or before **Tuesday, November 20, 2012,** if the case is to be tried:

1. Proposed case-specific jury instructions, with citations to supporting authority, and proposed verdict forms.

2. Pre-trial motions, including motions in limine.

3. Exhibit and witness lists.

4. Stipulations or objections with respect to exhibits and witnesses.

Any motion to continue the trial or plea hearing shall be filed no later than one week prior to the above trial date. Any motion to continue the trial shall have attached a Speedy Trial Waiver signed by the Defendant or an explanation of why the Waiver is not attached. Counsel for the parties shall timely comply with the discovery and motion provisions of Local Rules 12.01 and 16.01.

The Defendant(s) shall attend all Court proceedings in this case. If the Defendant(s) is/are in custody, the Government shall take all necessary actions to secure the timely presence of the

Defendant(s) at all Court proceedings. Counsel for the Defendant(s) shall ensure that street clothes are available for the Defendant(s) at trial.

IT IS SO ORDERED.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT