UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3-12-00180 |
| | ) |
| BRIAN EDWARD WEAVER | ) |
| | ) |

ORDER

The Judgment and Commitment Order which was entered in the above styled case on June 18, 2013 is hereby amended as follows:

The defendant is adjudicated guilty of the following offenses:

21 U.S.C. 841(a)(1) Possession with Intent to Distribute Cocaine and 21 U.S.C. 841(a) Possession with Intent to Distribute Marijuana.

It is so ORDERED.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT